# In the United States Court of Federal Claims

Filed: January 2, 2018

| | |
|---|---|
| IN RE ADDICKS AND BARKER (TEXAS) FLOOD-CONTROL RESERVOIRS | Master Docket No. 17-3000L |
| THIS DOCUMENT APPLIES TO:<br><br>ALL CASES | |

## ORDER

On December 20, 2017, the court convened a hearing in the United States District Court for the Southern District of Texas in Houston. ECF No. 119 ("12/20/17 TR"). During that hearing, Mr. Jeffrey H. Wood, Acting Assistant Attorney General of the Environment and Natural Resources Division, United States Department of Justice, agreed to meet with Plaintiffs' Counsel on January 4, 2018 in Houston. 12/20/17 TR 60. The purpose of that meeting is to identify test cases and discuss whether those test cases, once adjudicated, will have a preclusive effect on all directly or indirectly related cases. 12/20/17 TR 88–89.

Accordingly, the parties are directed to file a Joint Status Report on Friday, January 5, 2018, informing the court of the conclusions reached by the parties at the January 4, 2018 Meeting.

**IT IS SO ORDERED.**

s/ Susan G. Braden
**Susan G. Braden**
**Chief Judge**